1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| LAURA MARIE KELLY, | |
|---|---|
| Plaintiff, | CASE NO. 12-cv-05809-RBL-JRC |
| v. | REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews, Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976). This matter is before the Court on defendant's stipulated motion to remand the matter to the administration for further consideration. (ECF No. 16.)

After reviewing defendant's stipulated motion and the relevant record, the undersigned recommends that the Court grant defendant's motion, and reverse and remand this matter pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner.

1   On remand, based on the parties' stipulation, this Court recommends that the
2   Administrative Law Judge hold a new hearing and issue a new decision. The ALJ should re-
3   evaluate the claimant's residual functional capacity, giving further consideration to the medical
4   opinions of record and explaining the weight given to each opinion, including the opinions of
5   Betty Bennett, ARNP; and, if necessary, obtain supplemental vocational testimony expert
6   testimony to determine the effects of the claimant's limitations on her ability to perform work
7   that exists in significant numbers in the national economy.

8   This Court further recommends that the ALJ take any other actions necessary to develop
9   the record. In addition, plaintiff should be allowed to submit additional evidence and arguments
10  to the ALJ on remand.

11  Plaintiff will be entitled to reasonable attorney's fees and costs pursuant to the Equal
12  Access to Justice Act, 28 U.S.C. § 2412(d), following proper request to this Court.

13  Given the facts and the parties' stipulation, the Court recommends that the District Judge
14  immediately approve this Report and Recommendation and order the case be **REVERSED** and
15  **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g). *See*, *Melkonyan v. Sullivan*, 501
16  U.S. 89 (1991).

17  Dated this 14th day of February, 2013.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION ON
STIPULATED MOTION FOR REMAND - 2