1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10  LAURA MARIE KELLY,

11                          Plaintiff,

12              v.

13  MICHAEL J. ASTRUE, Commissioner of
     the Social Security Administration,

14

                            Defendant.

15

CASE NO. 12-cv-05809-RBL-JRC

REPORT AND RECOMMENDATION
ON STIPULATED MOTION FOR
REMAND

16      This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28

17  U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by *Mathews,*

18  *Secretary of H.E.W. v. Weber*, 423 U.S. 261 (1976).  This matter is before the Court on

19  defendant's stipulated motion to remand the matter to the administration for further

20  consideration.  (ECF No. 16.)

21      After reviewing defendant's stipulated motion and the relevant record, the undersigned

22  recommends that the Court grant defendant's motion, and reverse and remand this matter

23  pursuant to sentence four of  42 U.S.C. § 405(g) to the Commissioner.

24

REPORT AND RECOMMENDATION ON
STIPULATED MOTION FOR REMAND - 1

1    On remand, based on the parties' stipulation, this Court recommends that the

2  Administrative Law Judge hold a new hearing and issue a new decision. The ALJ should re-

3  evaluate the claimant's residual functional capacity, giving further consideration to the medical

4  opinions of record and explaining the weight given to each opinion, including the opinions of

5  Betty Bennett, ARNP; and, if necessary, obtain supplemental vocational testimony expert

6  testimony to determine the effects of the claimant's limitations on her ability to perform work

7  that exists in significant numbers in the national economy.

8    This Court further recommends that the ALJ take any other actions necessary to develop

9  the record. In addition, plaintiff should be allowed to submit additional evidence and arguments

10 to the ALJ on remand.

11    Plaintiff will be entitled to reasonable attorney's fees and costs pursuant to the Equal

12 Access to Justice Act, 28 U.S.C. § 2412(d), following proper request to this Court.

13    Given the facts and the parties' stipulation, the Court recommends that the District Judge

14 immediately approve this Report and Recommendation and order the case be **REVERSED** and

15 **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g). *See*, *Melkonyan v. Sullivan*, 501

16 U.S. 89 (1991).

17    Dated this 14th day of February, 2013.

18

19
     J. Richard Creatura
     United States Magistrate Judge
20

21

22

23

24

REPORT AND RECOMMENDATION ON
STIPULATED MOTION FOR REMAND - 2